AO 442 (Rev. 10/03) Warrant for Arrest

## UNITED STATES DISTRICT COURT
### District of Hawaii

798821

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 04-00327HG-01 |
| JOSUE CRUZ | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 11 2006

at 8 o'clock and 30 min AM
SUE ___ CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST JOSUE CRUZ and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

- Urine specimens positive for methamphetamine

- Refusal to comply with drug testing

- Use of methamphetamine

2006 SEP -8 AM 8:15
U.S. MARSHALS SERVICE
HONOLULU, HI
RECEIVED

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] (SEAL) | September 7, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL

By: Alan C. Kay, U.S. District Judge, FOR
Helen Gillmor, Chief United States District Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received 9/8/06 | NAME AND TITLE OF ARRESTING OFFICER Tony Cole DUSM | SIGNATURE OF ARRESTING OFFICER Tony Cole |
|---|---|---|
| Date of Arrest 12/8/06 | | |