AO 245B     (Rev. 6/05) Judgment in a Criminal Case
              Sheet 2 - Imprisonment

CASE NUMBER:    1:04CR00327-001                                  Judgment - Page 3 of 5
DEFENDANT:      JOSUE CRUZ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 9 MONTHS

[ ]     The court makes the following recommendations to the Bureau of Prisons:

**FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII**

**JAN 2 2 2007**

[✔]     The defendant is remanded to the custody of the United States Marshal.

at 10 o'clock and 15 min. ___M
SUE BEITIA, CLERK

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before ___ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 01-04-07 to FDC Honolulu

at Honolulu, HI, with a certified copy of this judgment.

John T. Rothman
WARDEN ~~UNITED STATES MARSHAL~~

By W. Tsai
LIE ~~Deputy U.S. Marshal~~