AO 442 (Rev. 10/03) Warrant for Arrest

SEALED

## UNITED STATES DISTRICT COURT
79882-1

──────────── District of Hawaii ────────────

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 04-00327 HG 01 |

JOSUE CRUZ

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST JOSUE CRUZ and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order to Show Cause Why Supervision Should Not Be Revoked.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 16 2007

at 8 o'clock and 45 min A M
SUE BEITIA, CLERK

2007 NOV -9 PM 4:36
U.S. MARSHALS SERVICE
HONOLULU, HI.

RECEIVED

in violation of Title  United States Code, Section(s) .

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| | |
| Signature of Issuing Officer/Deputy Clerk | November 9, 2007 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL          By: Helen Gillmor, Chief United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Kona, Hawaii . | | |
| Date Received 11/9/07 | NAME AND TITLE OF ARRESTING OFFICER Arthur Oh / Dusm | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 11/15/07 | | |