# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00327HG |
| CASE NAME: | UNITED STATES OF AMERICA v. JOSUE CRUZ |
| ATTYS FOR PLA: | Chris A. Thomas, AUSA |
| ATTYS FOR DEFT: | Jack F. Schweigert, Esq. |
| U.S.P.O.: | Kevin Teruya |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | November 20, 2007 | TIME: | 11:30 - 11:50 |

COURT ACTION: ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.
The defendant admitted to Violation Nos. 1, 2, 3, and 4.

The Court found that this is a Grade C violation, Criminal History Category I..

Allocution by the defendant.

Supervised release is revoked.

    ADJUDGED: Impr of fifteen (15) MONTHS.

No Supervised Release imposed.

Advised of rights to appeal the sentences, etc.

Defendant is remanded to the custody of the USMS.


    Submitted by: Mary Rose Feria, Courtroom Manager