ORIGINAL

AO 245D    (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court
## District of Hawaii

DEC 0 7 2007

at _10_ o'clock and _30_ min _A_ M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **JOSUE CRUZ** | Criminal Number: 1:04CR00327-001 |
| (Defendant's Name) | USM Number: 90884-022 |
| | Jack F. Schweigert |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation  General Condition, Standard Condition Nos., 3 and 7, and Special Condition No. 1  of the term of supervision.

[ ] was found in violation of condition(s) ____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    **0589**

Defendant's Residence Address:
**Hilo, Hawaii**

Defendant's Mailing Address:
**Hilo, Hawaii**

November 20, 2007
Date of Imposition of Sentence

/s/ Helen Gillmor
Signature of Judicial Officer

**HELEN GILLMOR**, Chief United States District Judge
Name & Title of Judicial Officer

12·6·07
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet 1

| | | |
|---|---|---|
| CASE NUMBER: | 1:04CR00327-001 | Judgment - Page 2 of 3 |
| DEFENDANT: | JOSUE CRUZ | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1. | That the offender refused to submit to drug testing on 9/18/2007, 10/19/2007, 10/23/2007, and 11/1/2007. | |
| 2. | That the offender admitted to possessing and using methamphetamine on or about 9/14/2007 through 9/16/2007. | |
| 3. | That the offender's urine specimen submitted on 9/21/2007 tested positive for methamphetamine, cocaine, and THC. | |
| 4. | That the offender failed to follow the Probation Officer's 10/29/2007 instructions to comply with his substance abuse treatment regimen at the Drug Addiction Services of Hawaii, Inc. | |

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet 1

CASE NUMBER:    1:04CR00327-001                                   Judgment - Page 2 of 3
DEFENDANT:      JOSUE CRUZ

AO 245B    (Rev. 6/05) Judgment in a Criminal Case
             Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:04CR00327-001 | Judgment - Page 3 of 3 |
| DEFENDANT: | JOSUE CRUZ | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 15 MONTHS.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal